IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:04cr00446-001 |
| | ) | |
|     Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SHANNON SAYRE, | ) | |
| | ) | |
|     Defendant. | ) | |

    This matter was heard on March 21, 2014, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. Defendant was present and represented by Attorney Carlos Warner.

    The violation matter was referred to Magistrate Judge William H. Baughman, Jr., who issued a Report and Recommendation on March 4, 2014. No objections having been filed, the Court adopted the Report and Recommendation and found that the following terms of supervision had been violated:

        1) new law violation of Attempted Failure to Comply.

    Therefore, the defendant is committed to the Bureau of Prisons for a term of 8 months with credit for time served. Defendant shall self-report on April 30, 2014, at 12:00 noon to the Office of the U.S. Marshal (Cleveland) unless otherwise instructed by the Bureau of Prisons prior to April 30, 2014. Defendant shall remain on electronic monitoring pending self-reporting. Upon release from incarceration defendant shall serve a 3 year term of supervised release under

the conditions earlier imposed with a recommendation for participation in The STARR Program.

    IT IS SO ORDERED.


Dated: March 21, 2014                      *s/   James S. Gwin*
                                                  JAMES S. GWIN
                                                  UNITED STATES DISTRICT JUDGE